UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Dkt. 3:02CR58-002 *LAC* |
| ) | |
| STEPHANIE PAIGE STEELE ) | |

## ORDER CONTINUING SUPERVISION

THIS MATTER CAME on to be heard on July 26, 2005; there appearing Assistant U.S. Attorney Stephen Preisser; and the defendant, Stephanie Paige Steele; appearing in person with counsel, Robert A. Dennis, Jr., Esquire; and after the defendant admitted violations of supervised release, the Court did find the defendant in violation of supervised release. The Court orders the defendant be continued under supervision with the following modifications:

- Successfully complete inpatient dual diagnosis treatment at Lakeview Center located in Pensacola, Florida, as directed by the supervising U.S. Probation Officer.

- Upon successful completion of inpatient treatment at Lakeview Center, the offender will reside with her father, Steve Steele.

- All other previously imposed supervision conditions shall remain in full force and effect.

DONE AND ORDERED in Open Court at Pensacola, Florida, this 26th of _July_, 2005.

_____
The Honorable Lacey A. Collier
Senior U.S. District Judge

Date Signed: *27 July 05*

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 JUL 28 AM 7:33

FILED